CERTIFICATE OF SERVICE

    I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Summons and Complaint on December 18, 2009 depositing a true copy thereof by Certified Mail or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Bank of America
100 Tryon Street Suite 200
Charlotte, NC 08328

                                             ___/s/___ Joshua N. Bleichman
                                                      Joshua N. Bleichman
                                                      268 Route 59 West
                                                     Spring Valley, NY 10977
                                                       845-425-2510