B260
(1/88)

# United States Bankruptcy Court
Southern District of New York

**In Re.:**
    **Gina and Robert Valle**                        **Bankruptcy Case No. 09-24254 (RDD)**
                **Debtor,**

    **Gina and Robert Valle**
              **Plaintiff,**

              **v.**                               **Adversary Proceeding No.: 09-08328**

    **Bank of America, N.A.**
              **Defendant**

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Bank of America, N.A. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: January 21, 2010                                                      /s/Vito Genna
                                                                                      Clerk of Bankruptcy Court

                                                                      By: /s/ Lisa O'Shea
                                                                             Chapter 13 Specialist