UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GINA VALLE and ROBERT VALLE,<br><br>　　　　　　　　　　Debtors, | Chapter 13<br>Bankruptcy Case #09-24254-rdd |
| GINA VALLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>- against -<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　Defendant. | Adversary Case No. 09-08328-rdd<br><br>**STIPULATION VACATING DEFAULT AND PERMITTING AMENDED COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff GINA VALLE ("Plaintiff") and defendant BANK OF AMERICA, N.A. ("Defendant") that:

　　　　1.　The Entry of Default against Defendant, dated January 21, 2010, is hereby vacated;

　　　　2.　Plaintiff's motion for Entry of Judgment by Default, dated January 28, 2010, is hereby withdrawn;

3. Plaintiff is permitted to serve an Amended Complaint. Defendant's counsel agrees to accept service of the Amended Complaint. Defendant shall have 30 days after service of the Amended Complaint to respond thereto.

4. This Stipulation may be signed in counterparts and filed with the Clerk of the Court without further notice and facsimile copies shall be deemed originals.

Dated: New York, New York
February 25, 2010

| LAW OFFICE OF BLEICHMAN & KLEIN | ZEICHNER ELLMAN & KRAUSE LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Joshua N. Bleichman, Esq. | Nathan Schwed, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Gina Valle | Bank of America, N.A. |
| 368 Route 59 | 575 Lexington Avenue |
| Spring Valley, New York 10977 | New York, New York 10022 |
| (845) 425-2510 | (212) 223-0400 |

572494.v2/2978-199/BJF