UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GINA VALLE and ROBERT VALLE,<br><br>      Debtors,<br><br>_____<br><br>GINA VALLE,<br><br>      Plaintiff,<br><br>  - against -<br><br>BANK OF AMERICA, N.A.,<br><br>      Defendant. | Chapter 13<br>Bankruptcy Case #09-24254-rdd<br><br><br><br><br>Adversary Case No. 09-08328-rdd<br><br><br>**STIPULATION VACATING DEFAULT**<br>**AND PERMITTING AMENDED**<br>**COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff GINA VALLE ("Plaintiff") and defendant BANK OF AMERICA, N.A. ("Defendant") that:

    1.  The Entry of Default against Defendant, dated January 21, 2010, is hereby vacated;

    2.  Plaintiff's motion for Entry of Judgment by Default, dated January 28, 2010, is hereby withdrawn;

3. Plaintiff is permitted to serve an Amended Complaint. Defendant's counsel agrees to accept service of the Amended Complaint. Defendant shall have 30 days after service of the Amended Complaint to respond thereto.

4. This Stipulation may be signed in counterparts and filed with the Clerk of the Court without further notice and facsimile copies shall be deemed originals.

Dated: New York, New York
        February 25, 2010

LAW OFFICE OF BLEICHMAN & KLEIN     ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Joshua N. Bleichman            By: /s/ Nathan Schwed
     Joshua N. Bleichman, Esq.              Nathan Schwed, Esq.
     Attorneys for Plaintiff                   Attorneys for Defendant
       Gina Valle                             Bank of America, N.A.
     368 Route 59                          575 Lexington Avenue
     Spring Valley, New York 10977      New York, New York 10022
     (845) 425-2510                       (212) 223-0400

It is SO ORDERED

/s/Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge

Dated: White Plains, New York
       March 3, 2010